STATE OF NEVADA



**ROSS MILLER**
*Secretary of State*

**SCOTT W. ANDERSON**
*Deputy Secretary*
*for Commercial Recordings*

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701-4069*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

**OFFICE OF THE**
**SECRETARY OF STATE**

THE BOURASSA LAW GROUP LLC
3025 WEST SAHARA AVENUE STE. 105
LAS VEGAS, NV 89102

Job: C20130515-2904
May 16, 2013

**Special Handling Instructions:**
Entity being served: Swift Funds, LLC
Case #: 2:13-cv-00079
Authority(ies) cited: NRS 770320
Description: Faris v. Swift Funds, LLC
Documents received: AFFIDAVIT OF PROCESS SERVER; SUMMONS; COMPLAINT FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT;
Method received: Walk - In
Date/Time received: 5/15/2013 @ 12.30 PM
Service of Process accepted by: Kamlesh Bhardwaj

K. Bhardwaj: _/s/ KBhardwaj_

**Charges**

| Description | Document Number | Filing Date/Time | Qty | Price | Amount |
|---|---|---|---|---|---|
| Service of Process Summons and complaints fee | | | 1 | $100.00 | $100.00 |
| Total | | | | | $100.00 |

**Payments**

| Type | Description | Amount |
|---|---|---|
| Check | Check #5207 | $100.00 |
| Total | | $100.00 |

Credit Balance: $0.00

Job Contents:

THE BOURASSA LAW GROUP LLC
3025 WEST SAHARA AVENUE STE. 105
LAS VEGAS, NV 89102