# Affidavit of Process Server

DAVID FARIS                         vs    SWIFT FUNDS, LLC                          2:13-cv-00079

PLAINTIFF/PETITIONER                      DEFENDANT/RESPONDENT                      CASE NUMBER

I, JOHN WILKS #1092_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served _____ SWIFT FUNDS, LLC c/o NEVADA SECRETARY OF STATE

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS AND COMPLAINT RECEIVED ON 5/14/13

by leaving with    MELISSA N.                    AUTHORIZED TO ACCEPT

                   NAME                          RELATIONSHIP / TITLE

( ) Residence _____ At

                   ADDRESS                       CITY / STATE

(X) Business   555 E WASHINGTON ST STE 5200 LV NV 89101

                   ADDRESS                       CITY / STATE

On   MAY  16,    2013                      At    12:23 P.M.

        DATE                                     TIME

**Manner of Service:**

(X) **Personal:** By personally delivering copies to the person being served; or Agent for Service

( ) **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __14__ and explaining the general nature of the papers.

( ) **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

( ) **Posting:** By posting copies in a conspicuous manner to the front door of the property/entity being served, thereafter copies of the documents were mailed by prepaid, first class mail on _____, from _____

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at Address   ( ) Moved, Left no Forwarding   ( ) Service Cancelled by Litigant   ( ) Unable to Serve in a Timely Fashion

( ) Address Does Not Exist   ( ) Other _____

Service Attempts: Service was attempted on: (1)_____                        (2)_____

                                          DATE      TIME     REPORT       DATE     TIME     REPORT

(3)_____                (4)_____              (5)_____

   DATE      TIME     REPORT          DATE     TIME     REPORT         DATE     TIME     REPORT

Description: Age 30   Sex  F   Race CAU   Height 5'7   Weight 125   Hair BRN   Beard ____   Glasses ____

Dated: _____ 2009                          _____

                                                     SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this

_____ day of _____ → 2009

NOTARY PUBLIC in and for the

County of _____, State of _____

OR: THE FOLLOWING: Per NRS 53.045

(a) If executed in this State ( NEVADA):        "I declare under the penalty of perjury that the foregoing is true and correct"

Executed on   MAY 16,    2013          _____

        DATE                           SIGNATURE OF PROCESS SERVER

JOHN WILKS PROCESS SERVING LIC#1092
6440 SKY POINTE DR. 140-122
LAS VEGAS NV 89131
(702) 839-2957