MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID FARIS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SWIFT FUNDS, LLC, a California limited liability company<br><br>Defendant. | Case No.: 2:13-cv-00079-APG-CWH |

**NOTICE OF INTENT TO TAKE DEFAULT**

NOTICE IS HEREBY GIVEN that the Plaintiff herein intends to take the Default of Defendant, SWIFT FUNDS, LLC, unless an Answer or other responsive pleading is filed in the above-entitled action on or before **July 31, 2013**.

DATED this 22nd day of July, 2013.

                                              THE BOURASSA LAW GROUP, LLC

                                              /s/ Mark J. Bourassa, Esq.
                                              MARK J. BOURASSA, ESQ.
                                              Nevada Bar No. 7999
                                              8668 Spring Mountain Rd., Ste. 101
                                              Las Vegas, Nevada 89117
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **NOTICE OF INTENT TO TAKE DEFAULT** was electronically filed this 22nd day of July 2013, and is available for viewing and downloading from the ECF System of the United States District Court for the District of Nevada.

The undersigned further certifies that a true and correct copy of the foregoing document was served by mailing a copy thereof, first class mail, postage prepaid, this 22nd day of July 2013 as follows:

Swift Funds, LLC
927 Deep Valley Dr
Rolling Hills Estates, CA 90274

*/s/ Hilary Steward*
An employee of the
The Bourassa Law Group, LLC