MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
mbourassa@bourassalawgroup.com
trichards@bourassalawgroup.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID FARIS, an individual<br><br>   Plaintiff,<br><br>vs.<br><br>SWIFT FUNDS, LLC, a California limited liability company<br><br>   **Defendant.** | CASE NO.: 2:13-cv-00079-APG-CWH<br><br>**DEFAULT JUDGMENT** |

An Application for Entry of Default Judgment having been duly made by Plaintiff, DAVID FARIS, for a judgment against Defendant, SWIFT FUNDS, LLC and the default of said Defendant having been duly entered for Defendant's failure to answer or otherwise defend as to the complaint of Plaintiff, and it appearing that said Defendant is not in the military service of the United States and is not an infant or incompetent person, and good cause appearing therefore,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff DAVID FARIS and against Defendant SWIFT FUNDS, LLC, and that said Defendant pay the Plaintiff the following amounts:

1. Plaintiff's actual damages in the amount of $2,500.00;

2. Statutory damages as to the FDCPA violations in the amount of $1,000.00;

3. Statutory damages as to the TCPA violations in the amount of $500.00;

4. Costs of suit in the amount of $625.00; and

5. Attorney's fees in the amount of $2957.50,

For a total Judgment in favor of Plaintiff, DAVID FARIS, and against Defendant, SWIFT FUNDS, LLC, in the amount of **Seven Thousand Five Hundred Eighty Two Dollars and 50/100 ($7,582.50),** all to bear interest at the statutory rate from date of entry of this Judgment until paid in full.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Judgment shall be considered a final Judgment for all purposes.

DATED this 26TH day of January, 2015.

_____
United States District Judge